# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-CV-303 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| ONE HUNDRED THIRTY THOUSAND FOUR HUNDRED SIXTY-FOUR DOLLARS IN UNITED STATES CURRENCY ($130,464.00), et al., | : | ORDER UNSEALING COMPLAINT AND ENTIRE CASE |
| Defendants. | : | |

IT IS HEREBY ORDERED that the Complaint and the entire case, which were sealed by Order of this Court on September 5, 2017, be unsealed by the Clerk of Courts.

Date: 11-30-17

Walter H. Rice
United States District Judge